UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY EARL TROTTER,<br><br>           Petitioner,<br><br>      v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>           Respondents. | Case No. 2:21-cv-02266-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required $5 filing fee. *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity either (1) to submit the appropriate affidavit in support of his request to proceed *in forma pauperis* or (2) to pay the appropriate filing fee.

It is hereby ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

1

3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   December 17, 2021                              _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE