UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY EARL TROTTER,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>        Respondents. | Case No. 2:21-cv-02266-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY THE FILING FEE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On December 17, 2021, I ordered petitioner to submit, within thirty days, either the $5.00 filing fee or an application to proceed *in forma pauperis*. ECF No. 3. I warned petitioner that failure to comply with that order would result in a recommendation that this action be dismissed. *Id*. The deadline has passed, and petitioner has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

Accordingly, it is hereby ORDERED that the Clerk of Court shall assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1. This action be dismissed without prejudice for failure pay the filing fee and failure to comply with court orders.

2. The Clerk of Court be directed to close the case.

1

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court.  Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    February 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE